**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JON E. CALDWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | NO. CV-09-3041-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 4th day of August, 2010.

　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　by: ___s/Linda Emerson_____
　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel